UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONALD CHAMPAGNE | * | CIVIL ACTION |
| VERSUS | * | NO. 10-2778 |
| CHET MORRISON CONTRACTORS, INC. and CM 15, L.L.C. | * | SEC. "R" |
| | * | MAGISTRATE (3) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Joint Motion to Continue Trial filed by all parties in this matter,

It is hereby ORDERED that said motion be and is hereby **DENIED.**

New Orleans, Louisiana this  11th  day of  January , 2012.

*Sarah Vance*
UNITED STATES DISTRICT COURT JUDGE

1